FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JUN 29 PM 3: 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

vs.     CASE NO. 3:09-cr-131-J-20MCR

**ALBERTANO HERNANDEZ-SANCHEZ**
_____/

### ORDER

This matter is before this Court on Defendant's Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 (Dkt. 217).

This motion appears to be a request to the Bureau of Prisons, pursuant to its good time policy, for early release. This Court is, therefore, without authority in this matter.

Accordingly, it is **ORDERED**:

Defendant's Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 (Dkt. 217) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 29 day of June, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Albertano Hernandez-Sanchez, *pro se*
Mac D. Heavener, III, Esq.